In the Matter of the Application of REUBEN T. BLUM for Admission to Practice as an Attorney.— Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

In the Matter of PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor and Trustee of MABEL H. GREEN, Deceased, et al., Petitioners, against CHARLES S. COLDEN et al., as Justices of the Supreme Court of the State of New York, Tenth Judicial District, et al., Respondents.— Present — Carswell, Acting P. J., Johnston, Wenzel and MacCrate, JJ. Adel, J., not voting. Motion to resettle order denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante,* p. 604; *post,* p. 745.]

In the Matter of the Accounting of ROY C. GASSER, as Trustee, and WILLIAM H. HAYES, as Substituted Trustee and Surviving Executor of EMERY L. FERRIS, Deceased Substituted Trustee, under an Indenture of Trust Made by WILLIAM K. VANDERBILT. MURIEL V. ADAMS et al., Appellants; GUARANTY TRUST COMPANY OF NEW YORK, as Executor of WILLIAM K. VANDERBILT, Deceased, Respondent. (Appeal No. 1.) Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 587.]

SHOLIEM JOLLOWSKY, Respondent, v. GEORGE L. SHAW, Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 608; 280 App. Div. 895.]

FRANK E. NASH, Doing Business under the Name of FRANK E. NASH FENCE COMPANY, Respondent, v. FRANK MENNEN, as President of Local 580 of the International Association of Bridge, Structural and Ornamental Iron Workers, et al., Appellants.— Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See *ante,* p. 609.]

PIC KWIK PHOTO SERVICE, INC., for Itself and for the Benefit of All Other Parties Engaged in the Business of Photograph Finishing in the Counties of Nassau, Kings, Queens and Suffolk, Appellant, v. UNITED PHOTOGRAPHIC EMPLOYEES UNION, C. I. O., LOCAL 415, et al., Respondents.— Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 595.]